No. 96–8978. GOMEZ *v.* DETELLA, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy*, 521 U. S. 320 (1997).